UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIDGETT AMADECK and FELIX N. HANSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | No.<br><br>NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL<br><br>(Removed from King County Superior Court Case No. 12-2-02641-6 SEA) |

TO: Plaintiffs, Bridgett Amadeck and Felix N. Hansen

AND TO: Plaintiffs' Counsel of Record, Kim Williams and Rob Williamson of Williamson & Williams.

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

621204 / 482.0001

**YOU ARE HEREBY NOTIFIED** that on February 13, 2012, defendants Capital One Financial Corporation and Capital One Bank (USA), N.A. (collectively, "Capital One") filed in the United States District Court for the Western District of Washington at Seattle a Notice of Removal in the action above. Defendants have removed the lawsuit filed in the Superior Court of King County, Case No. 12-2-02641-6 SEA along with the record of that Superior Court. Attached hereto is a copy of Defendants' Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446; Notice to Superior Court of Filing Notice of Removal; and Declaration of Paul Smith, with exhibits.

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 2

621204 / 482.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

DATED this 13th day of February, 2012.

                        FORSBERG & UMLAUF, P.S.

By: *[signature] ; for*
John B. Hayes, WSBA #21009
Email: JHayes@forsberg-umlauf.com

By: *[signature]*
Paul S. Smith, WSBA #28099
Email: PSmith@forsberg-umlauf.com

Attorneys for Defendants Capital One
Financial Corporation and Capital One Bank
(USA), N.A.
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
Telephone: (206) 689-8500
Facsimile: (206) 689-8501

and

Aaron D. Van Oort*   MN #315539
Aaron.VanOort@FaegreBD.com
Erin L. Hoffman*     MN #0387835
Erin.Hoffman@FaegreBD.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Applications for Admission
Pro Hac Vice forthcoming*

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

621204 / 482.0001

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL on the following individuals in the manner indicated:

Ms. Kim Williams
Mr. Rob Williamson
Williamson & Williams
17253 Agate Street NE
Bainbridge Island, WA 98110
Facsimile: 206-780-5557
(X) Via U.S. Mail
(X) Via Facsimile
( ) Via Hand Delivery
(X) Via ECF

**SIGNED** this 13th day of February, 2012, at Seattle, Washington.

*/s/ Amy Jean Sears*

NOTICE TO PLAINTIFFS OF NOTICE OF REMOVAL – PAGE 4

621204 / 482.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX