UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIDGETT AMADECK and FELIX N. HANSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | No.<br><br>DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446<br><br>(Removed from King County Superior Court Case No. 12-2-02641-6 SEA) |

**PLEASE TAKE NOTICE** that defendants Capital One Financial Corporation and Capital One Bank (USA), N.A. (collectively, "Capital One") hereby remove to this Court the state-court action described below. In support of its removal, Capital One states as follows:

//

### I. INTRODUCTION AND STATEMENT OF FACTS

On January 23, 2012, plaintiffs Bridgett Amadeck and Felix N. Hansen filed a lawsuit in King County Superior Court, Case No. 12-2-02641-6 SEA. *See*, Declaration of Paul Smith

DEFENDANTS' NOTICE OF REMOVAL – PAGE 1

621201 / 482.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

in Support of Defendants' Notice of Removal, Exhibit A. Capital One was served with a copy of plaintiffs' Complaint on January 24, 2011. *See*, Declaration of Paul Smith, Exhibit B.

Plaintiffs' Complaint against Capital One is a putative class action involving alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the regulations enacted to implement the TCPA, 47 C.F.R. § 64.1200. (Complaint ¶¶3.1-3.6.) The Complaint also involves alleged violations of Washington's Automatic Dialing and Announcing Device ("ADAD") statute, R.C.W. 80.36.400, Washington's Do-Not-Call statute, R.C.W. 80.36.390, and the Washington Consumer Protection Act ("WCPA"), R.C.W. 19.86. (Complaint ¶¶3.7-3.12.) It seeks relief under the Washington Declaratory Judgment Act, R.C.W. 7.24.010. (Complaint ¶¶3.13-3.15.)

Capital One files this Notice of Removal on February 13, 2012. The Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it has been filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." *Id.*

//

## II. BASIS FOR REMOVAL

### A. There Is Federal Question Jurisdiction Under 28 U.S.C. § 1331.

This Court has original federal question jurisdiction over this putative class action pursuant to 28 U.S.C. § 1331. The TCPA, 47 U.S.C. § 227, and its associated regulations, 47 C.F.R. § 64.1200, are federal law, over which the federal courts have federal question jurisdiction. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 753 (2012).

DEFENDANTS' NOTICE OF REMOVAL – PAGE 2

621201 / 482.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

B. **There is Supplemental Jurisdiction Under 28 U.S.C. § 1367.**

This Court has supplemental jurisdiction over plaintiffs' state law claims under 28 U.S.C. § 1367, because plaintiffs' allegations arise from and are part of the same case or controversy as the federal question. Therefore, this action is one which can be removed to this Court by Capital One under 28 U.S.C. § 1441(a) and (c).

C. **Notice of Removal Was Timely Under 28 U.S.C. § 1446(b).**

Capital One first received a copy of the Complaint filed by plaintiffs no earlier than January 24, 2012. *See*, Declaration of Paul Smith, Exhibit B. This Notice of Removal, which has been filed less than 30 days later, is thus timely under 28 U.S.C. § 1446(b).

D. **Capital One's Notice of Removal Complies With the Applicable Local Rules and Venue Is Proper in the Western District of Washington Under 28 U.S.C. § 128(b).**

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Venue is proper in this District under 28 U.S.C. §§ 128(b) and 1441(a) because this District encompasses King County, wherein plaintiffs filed the state court action being removed. Capital One is serving plaintiffs' counsel with copies of this Notice of Removal and will serve notice of the removal upon the Clerk of the Court in the King County Superior Court.

Capital One expressly reserves its right to raise all defenses and objections to plaintiffs' claims after the action is removed to this Court.

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

DATED this 13th day of February, 2012.

FORSBERG & UMLAUF, P.S.

By: _____
John B. Hayes, WSBA #21009
Email: JHayes@forsberg-umlauf.com

By: _____
Paul S. Smith, WSBA #28099
Email: PSmith@forsberg-umlauf.com

Attorneys for Defendants Capital One
Financial Corporation and Capital One Bank
(USA), N.A.
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
Telephone: (206) 689-8500
Facsimile: (206) 689-8501

and

Aaron D. Van Oort*   MN #315539
Aaron.VanOort@FaegreBD.com
Erin L. Hoffman*      MN #0387835
Erin.Hoffman@FaegreBD.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Applications for Admission
Pro Hac Vice forthcoming

DEFENDANTS' NOTICE OF REMOVAL – PAGE 4

621201 / 482.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. 1331, 1367, 1441, AND 1446 on the following individuals in the manner indicated:

Ms. Kim Williams
Mr. Rob Williamson
Williamson & Williams
17253 Agate Street NE
Bainbridge Island, WA 98110
Facsimile: 206-780-5557
(X) Via U.S. Mail
(X) Via Facsimile
( ) Via Hand Delivery
(X) Via ECF

SIGNED this 13th day of February, 2012, at Seattle, Washington.

*Amy Jean Sears*

DEFENDANTS' NOTICE OF REMOVAL – PAGE 5

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

621201 / 482.0001