THE HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRIDGETT AMADECK, FELIX N. HANSEN and ALBERT H. KIRBY,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE BANK (USA), N.A.,

Defendants.

NO. 2:12-cv-00244-RSL

**NOTICE OF ASSOCIATION OF COUNSEL**

**(Clerk's Action Required)**

TO: THE CLERK OF THE COURT; and
TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Beth E. Terrell (WSBA #26759) hereby associates with attorneys Kim Williams (WSBA #9077) and Rob Williamson (WSBA #11387) representing Plaintiffs Bridgett Amadeck, Felix N. Hansen and Albert H. Kirby in the above-captioned matter and requests that copies of all papers and pleadings, except process, be served on her at Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 400, Seattle, Washington, 98103-8869.

NOTICE OF ASSOCIATION OF COUNSEL - 1
CASE NO. 2:12-CV-00244-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1 DATED this 23rd day of July, 2012.

2         TERRELL MARSHALL DAUDT & WILLIE PLLC

3

4

       By: /s/ Beth E. Terrell, WSBA #26759

5         Beth E. Terrell, WSBA #26759
        Email: bterrell@tmdwlaw.com

6         Kimberlee L. Gunning, WSBA #35366
        Email: kgunning@tmdwlaw.com

7         936 North 34th Street, Suite 400
        Seattle, Washington 98103

8         Telephone: (206) 816-6603

9         Facsimile: (206) 350-3528

10         Kim Williams, WSBA #9077
        Email: kim@williamslaw.com

11         Rob Williamson, WSBA #11387

12         Email: roblin@williamslaw.com
        WILLIAMSON & WILLIAMS

13         17253 Agate Street NE
        Bainbridge Island, Washington 98110

14         Telephone: (206) 780-4447
        Facsimile: (206) 780-5557

15

16        *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

NOTICE OF ASSOCIATION OF COUNSEL - 2
CASE NO. 2:12-cv-00244-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on July 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>John B. Hayes, WSBA #21009
>Email: jhayes@forsberg-umlauf.com
>Paul S. Smith, WSBA #28099
>Email: psmith@forsberg-umlauf.com
>FORSBERG & UMLAUF, P.S.
>901 Fifth Avenue, Suite 1400
>Seattle, Washington 98164-2050
>Telephone: (206) 689-8500
>Facsimile: (206) 689-8501
>
>Aaron D. Van Oort, *Admitted Pro Hac Vice*
>Email: aaron.vanoort@faegrebd.com
>Erin L. Hoffman, *Admitted Pro Hac Vice*
>Email: erin.hoffman@faegrebd.com
>FAEGRE BAKER DANIELS
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, Minnesota 55402-3901
>Telephone: (612) 766-7000
>Facsimile: (612) 766-1600
>
>*Attorneys for Defendants Capital One Financial Corporation and Capital One Bank (USA), N.A.*

NOTICE OF ASSOCIATION OF COUNSEL - 3
CASE NO. 2:12-CV-00244-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  DATED this 23rd day of July, 2012.

2  TERRELL MARSHALL DAUDT & WILLIE PLLC

3

4

5  By: /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Email: bterrell@tmdwlaw.com
6  936 North 34th Street, Suite 400
   Seattle, Washington 98103
7  Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
8

9  *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF ASSOCIATION OF COUNSEL - 4
CASE NO. 2:12-CV-00244-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com